USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1217 WALDO J. GIBSON, SR., Plaintiff, Appellant, v. CITY OF GARDNER; DENNIS COMEE; JAMES E. COPPOLA; JAMES E. COPPOLA, JR.; CHARLES J. MANCA, individually and as Mayor; KATHLEEN LESNESKI; CALVIN BROOKS; JOHN GARSIDE, individually and as Health Director; DANIEL T. RAJECKI, individually and and Sanitary Inspector; JOHN DOE, John Doe's 1-20, Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] Before Selya, Boudin and Lynch, Circuit Judges.      Waldo J. Gibson, Sr. on brief pro se. August 11, 1999   Per Curiam. We have reviewed the plaintiff- appellant's brief and the record on appeal. We affirm essentially for the reasons stated in the district court's order, dated July 30, 1998, ruling on plaintiff's response to the district court's show cause order. The plaintiff has failed adequately to demonstrate the existence of federal jurisdiction. Affirmed. Loc. R. 27.1.